FILE COPY

No. 07-15-00027-CV

| | | |
|---|---|---|
| Charlotte L. Parkhurst<br>  Appellant | § | From the 53rd District Court<br>  of Travis County |
| | § | |
| v. | | December 8, 2015 |
| | § | |
| The Office of the Attorney General of<br>Texas and the Comptroller of Public<br>Accounts for the State of Texas<br>  Appellees | § | Opinion by Chief Justice Quinn |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 8, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o